FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIO WILSON,<br><br>            Plaintiff,<br><br>   v.<br><br>CHAPLAIN SNYDER and SERGEANT SCHARF,<br><br>            Defendants. | NO: 4:24-CV-5172-TOR<br><br>ORDER DISMISSING ACTION |

Plaintiff Mario Wilson, an individual incarcerated at the Benton County Jail, filed this civil right action on December 26, 2024. ECF No. 1. Plaintiff did not pay the $405.00 filing fee ($350.00 statutory filing fee, plus $55.00 administrative fee) to commence this action or properly seek leave to proceed *in forma pauperis*.

By Order filed January 27, 2025, the Court directed Plaintiff to provide certified account statements from each facility where he was incarcerated between June 26, 2024, and December 26, 2024. ECF No. 6. On March 7, 2025, the Court granted him additional time, until April 21, 2025, to provide this information for the

ORDER DISMISSING ACTION -- 1

"two brief periods in October and November 2024," when he was incarcerated at the Franklin County Jail. ECF No. 9.

In the alternative, Plaintiff could have paid the full $405.00 fee to commence this action. *Id.* at 3. The Court cautioned Plaintiff that his failure to comply with the Order would be construed as his consent to the dismissal of his action. *Id.* He has filed nothing further in this action.

Accordingly, for the reasons set forth above and in the Court's prior Order, ECF No. 4, **IT IS ORDERED**:

(1)     This action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

(2)     The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff at this last known address, and **CLOSE** the file.

**DATED** April 30, 2025.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING ACTION -- 2