FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIO WILSON,<br><br>  Plaintiff,<br><br>  v.<br><br>CHAPLAIN SNYDER and SERGEANT SCHARF,<br><br>  Defendants. | NO: 4:24-CV-5172-TOR<br><br>ORDER DENYING MOTION AS MOOT |

BEFORE THE COURT is Plaintiff Mario Wilson's *pro se* MOTION for Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), ECF No. 12, received on May 6, 2025.

By Order filed April 30, 2025, the Court dismissed this action without prejudice based on Plaintiff's failure to pay the $405.00 filing fee, and judgment was entered. ECF Nos. 10 and 11. Plaintiff has **no** obligation to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

ORDER DENYING MOTION AS MOOT -- 1

Because Plaintiff has already obtained the relief he is requesting (i.e., dismissal without prejudice), the present Motion, ECF No. 12, is **DENIED as moot.**

The Clerk of Court is directed to enter this Order and provide a copy to Plaintiff. The file shall remain **closed.**

**DATED** May 8, 2025.



THOMAS O. RICE
United States District Judge